1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF CALIFORNIA

**FILED**



JUL - 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

3

4   In Re:  Application for an Order      )
        Authorizing the Use of a Pen      )
5   Register Device, Trap and Trace       )  No. 2:07-sw-00119 KJM
        Device, Dialed Number             )
6   Interceptor, Number Search            )
        Device, and Caller Identification )
7   Service, and the Disclosure of        )
        Billing, Subscriber, Air Time,    )
8   and Cell Site Information             )
                                          )
9

10                    **O R D E R**

11      Upon application of the United States of America and good

12  cause having been shown,

13      IT IS HEREBY ORDERED that the United States' Motion to

14  Unseal the documents filed in 2:07-sw-00119 KJM is GRANTED as

15  follows:

16          the Orders and Sealing Orders are unsealed without

17  restriction;

18      HOWEVER,

19          the <u>unredacted</u> Applications are to remain under seal

20  until further order of the Court; and

21          the Clerk may file publicly the <u>redacted</u> versions of

22  the Applications, which are appended hereto.

23      IT IS SO ORDERED.

24

25  DATED:  July 3    , 2007

26

27      EDMUND F. BRENNAN
        United States Magistrate Judge

28